| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Carnes, Julie E. | 2. Court or Organization  Northern District, Georgia | 3. Date of Report  05/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  2167 U.S. Courthouse 75 Spring St. SW Atlanta, GA 30303 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 15 A 11: 13 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Carnes_Julie_E

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | ▬ lawyer - self-employed; partner in law firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Associated Credit Union | B | Interest | L | T | | | | | |
| 2. Regions Bank | A | Interest | M | T | Open | 9/23 | M | | |
| 3. SunTrust Bank (various accounts) | D | Interest | N | T | | | | | |
| 4. SunTrust Bank Trustee | A | Interest | J | T | | | | | |
| 5. Wachovia Bank | A | Interest | L | T | | | | | |
| 6. ING | D | Interest | M | T | | | | | |
| 7. Schwab One Money Market | A | Interest | L | T | Continuing | | | | |
| 8. Columbia Co. GA Wtr & Swr Rev Due 06/01/2015 | B | Interest | L | T | | | | | |
| 9. Municipal Elec Auth GA Due 11/01/2013 | D | Interest | M | T | | | | | |
| 10. Citibank Bank NA Bank Deposit Program | A | Interest | | | Closed | 12/18 | J | A | |
| 11. Pimco Real Return Fund CL C | A | Dividend | | | Sold | 12/12 | J | A | |
| 12. Capital One Bank | C | Interest | | | Matured | 7/09 | L | A | |
| 13. Countrywide Bank (formerly Treasury Bank, NA) | B | Interest | L | T | | | | | |
| 14. First Bank | C | Interest | L | T | | | | | |
| 15. Prudential Life Insurance Company Annuity | A | Dividend | N | T | | | | | |
| 16. US Tsy Inflation Index Maty: 01/15/2008 | B | Interest | , | | Redeemed | 1/16 | K | A | |
| 17. US Tsy Inflation Index Maty: 01/15/2009 | B | Interest | | | Sold | 10/7 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. US Tsy Inflation Index Maty: 04/15/2010 | A | Interest | | | Sold | 10/7 | K | A | |
| 19. US Tsy Inflation Index Maty: 01/15/2011 | A | Interest | | | Sold | 10/7 | K | A | |
| 20. US Tsy Inflation Index Maty: 01/15/2012 | A | Interest | | | Sold | 10/7 | K | A | |
| 21. US Tsy Inflation Index Maty: 07/15/2013 | A | Interest | | | Sold | 10/7 | K | A | |
| 22. US Tsy Inflation Index Maty: 01/15/2014 | A | Interest | | | Sold | 10/7 | K | A | |
| 23. US Tsy Inflation Index Maty: 07/15/2014 | A | Interest | | | Sold | 10/7 | K | A | |
| 24. Cobb Co. GA DV AU UNV Maty: 07/15/2008 | A | Interest | | | Redeemed | 7/15 | J | A | |
| 25. Floyd Co. GA Sch Dist G/O Maty: 08/01/2008 | B | Interest | | | Redeemed | 8/1 | K | A | |
| 26. Georgia St Ser A Maty: 09/01/2008 | B | Interest | | | Redeemed | 9/1 | L | A | |
| 27. Georgia St Ser D Maty: 07/01/2009 | B | Interest | L | T | | | | | |
| 28. Cobb Co GA DV AU UNV Maty: 07/15/2009 | A | Interest | J | T | | | | | |
| 29. Fulton Co. GA Wtr & Swr Rev Maty: 01/01/2010 | A | Interest | | | Sold | 10/29 | K | A | |
| 30. Georgia State G/O Ser F Book/Entry Due 10/01/10 | C | Interest | | | Sold | 10/29 | L | A | |
| 31. Georgia Hsg & Fin AU Maty: 12/01/2010 | A | Interest | K | T | | | | | |
| 32. Coweta Cnty GA Sch Sys Maty: 02/01/2011 | B | Interest | L | T | | | | | |
| 33. Georgia St Ser F Maty: 11/01/2011 | B | Interest | L | T | | | | | |
| 34. Municap Elec Auto GA Maty: 01/01/2012 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Georgia HSG & FIN AU Maty: 06/01/2012 | C | Interest | L | T | | | | | |
| 36. Savannah GA HSP AU Maty: 07/01/2012 | D | Interest | M | T | | | | | |
| 37. Fayette Co. GA Sch DT Maty: 09/01/2010 | A | Interest | K | T | | | | | |
| 38. Heard Co GA Sales Tax G/O XL Cap Inst U/T B/E DD Due 5/1/13 | B | Interest | | | Sold | 10/6 | L | A | |
| 39. Lowndes Cnty GA Pub Facs Maty: 06/01/2013 | B | Interest | K | T | | | | | |
| 40. GA H & F AU Single Fam Mtg Sr. A, Subsr A-2-AMT due 6/1/14 | B | Interest | K | T | | | | | |
| 41. Liberty Co. GA Hosp Auth Maty: 08/01/2014 | B | Interest | K | T | | | | | |
| 42. GA H & F AU Single Fam Mtg Sr. A, Subsr A-2-AMT due 6/1/15 | B | Interest | K | T | | | | | |
| 43. Gwinnett Co.GA Wtr&Swr Maty: 08/01/2015 | C | Interest | M | T | | | | | |
| 44. Gwinnett Co. GA Wtr & Swr Maty: 08/01/2015 | B | Interest | L | T | | | | | |
| 45. GA Hsg&Fin AU Single Fam Mtg Sr.A, Subsr A-2-AMT due 6/1/16 | B | Interest | K | T | | | | | |
| 46. Fayette Co. GA Sch DT Maty: 03/01/2017 | A | Interest | K | T | | | | | |
| 47. Cobb Cnty GA Dev Auth Rev Ser A CIFG due 7/15/17 | B | Interest | K | T | | | | | |
| 48. Gainesville GA Wtr & Sew Rev Maty: 11/15/2017 | B | Interest | L | T | | | | | |
| 49. Savannah GA Hosp Auth Rev Maty: 07/01/2018 | A | Interest | J | T | | | | | |
| 50. Savannah GA Hosp Auto Rev Maty: 07/01/2018 | A | Interest | J | T | | | | | |
| 51. Cole Taylor Bank | A | Interest | | | Matured | 1/14 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Silverton Bank (formerly Bankers Bank) (various accounts) | A | Interest | L | T | | | | | |
| 53.   Capital One Bank VA | B | Interest | K | T | | | | | |
| 54.   Safra National Bank NY | A | Interest | | | Matured | 1/22 | L | A | |
| 55.   Schwab Money Market Fund | A | Dividend | N | T | Continuing | | L | | |
| 56.   Peoples B & T Bank | B | Interest | | | Matured | 6/30 | L | A | |
| 57.   American Fund (AMCAP Fund) | A | Dividend | J | T | | | | | |
| 58.   American Fund (Washington Mutual Inv.) | A | Dividend | J | T | | | | | |
| 59.   American Fund (Capital World Bond Fund) | A | Dividend | J | T | | | | | |
| 60.   American Fund (Euro Pacific Growth Fund) | A | Dividend | J | T | | | | | |
| 61.   American Fund (Investment Co. of America) | A | Dividend | J | T | | | | | |
| 62.   American Fund (New Perspective Fund) | A | Dividend | J | T | | | | | |
| 63.   American Fund (New Economy Fund) | A | Dividend | J | T | | | | | |
| 64.   Value Line Premier Growth Fund(fmly Special Situations Fund) | B | Dividend | K | T | | | | | |
| 65.   Bestbank | B | Interest | M | T | | | | | |
| 66.   American Tax Exempt BD FD of AMER CL A | E | Interest | O | T | | | | | |
| 67.   Merrill Lynch Bank | A | Interest | K | T | | | | | |
| 68.   American Govt. Securities FD CL A | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. GMAC Bank UT | D | Interest | | | Matured | 12/19 | M | A | |
| 70. Private Bank & TR | D | Interest | | | Matured | 12/19 | M | A | |
| 71. Private Bank & TR | A | Interest | | | Matured | 12/13 | K | A | |
| 72. BB&T Bank | A | Interest | M | T | Open | 9/27 | M | | |
| 73. Phoenix AZ Ser A Maty: 7/01/21 | A | Interest | M | T | Buy | 10/30 | M | | |
| 74. Kentucky ST PPTY &BLDGS 10/08/08 Nov 01/18 | A | Interest | M | T | Buy | 10/8 | M | | |
| 75. Pennsylvania ST First Ser A Nov 01/17 | A | Interest | M | T | Buy | 10/24 | M | | |
| 76. Maine Mun Bd Bk Lt Ser C Nov 01/17 | A | Interest | M | T | Buy | 10/8 | M | | |
| 77. Ohio ST Major New ST Infrastructure PJ Rev 1 Jun 15/16 | A | Interest | M | T | Buy | 10/22 | M | | |
| 78. CMA Money Fund | A | Interest | K | T | Open | 10/31 | K | | |
| 79. ML US Treasury Money Fund | A | Interest | M | T | Buy | 9/30 | M | | |
| 80. Israel Disc Bk of NY | A | Interest | | T | Open | 3/26 | L | | |
| 81. | | | | | Matured | 6/26 | L | A | |
| 82. GE Money Bank | A | Interest | | T | Open | 3/20 | L | | |
| 83. | | | | | Matured | 6/26 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Si

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544